657. EQUITABLE LOAN AND SECURITY CO. *v.* NICHOLSON.

POWELL, J. The case rested wholly upon an issue of fact, as to which there was evidence pro and con; no material error of law appears; and the verdict approved by the trial judge will not be disturbed.

         *Judgment affirmed.*

Complaint, from city court of Atlanta—Judge Calhoun.  June 22, 1907.

Argued January 23,—Decided February 14, 1908.

*John A. Boykin,* for plaintiff.

*Smith, Hammond & Smith, Frank L. Neufville,* for defendant.